### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEN ROBERT STEWART,** | : | |
|     **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3588** |
| | : | |
| **ANGIE BRYANT, *et al.*,** | : | |
|     **Respondents.** | : | |

### ORDER

**AND NOW**, this 10th day of June, 2026, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to add Jonathan Nance, Warden of the Tyger River Correctional Institution, to the docket as a respondent.

2. The Clerk of Court is **DIRECTED** to change the cause of action code on the docket to a petition for writ of *habeas corpus* under 28 U.S.C. § 2254.

3. The Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States Court of Appeals for the Fourth Circuit, noting that it is successive and related to *Stewart v. Warden of Tyger River Correctional Institution*, No. 26-6536 (4th Cir.) (pending).

4. Stewart's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Motion for Discovery (ECF No. 3) are to be determined by the transferee court.

5. There is no cause for a certificate of appealability.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**MARY KAY COSTELLO, J.**